

# Fourth Court of Appeals
## San Antonio, Texas

February 23, 2015

No. 04-14-00805-CV

**IN THE INT OF MC, MC, MC, MC, AND MC**, Children,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02868
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellants' parental rights. The appellants' briefs were originally due to be filed on January 27, 2015. On January 27, 2015, both appellants filed a motion requesting an extension of time to file their briefs, asserting that the court reporter responsible for preparing the reporter's record in this appeal, Mr. David Zarate, did not include a record from hearings held on September 26, 2014, and September 29, 2014. On February 3, 2015, Mr. Zarate filed a supplemental reporter's record from the September 29, 2014 hearing.

Because Mr. Zarate did not file a supplemental reporter's record from the September 26, 2014 hearing, this court issued an additional order dated February 13, 2015, instructing Mr. Zarate to file the reporter's record from the September 26, 2014 hearing in this appeal no later than February 20, 2015. On February 17, 2015, Mr. Zarate responded in writing, stating that no hearing was held on September 26, 2015. Accordingly, the appellate record is deemed complete as of February 17, 2015.

The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.*

Appellants' briefs must be filed no later than March 9, 2015. Given the time constraints governing the disposition of this appeal and the delays caused by the confusion regarding the record, **further requests for extensions of time will be disfavored**.

*Sandee Bryan Marion*

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of February, 2015.



Keith E. Hottle
Clerk of Court